IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Christian Roxburgh,<br>    *Plaintiff(s)*, | § § § § | |
| v. | § § | CIVIL ACTION 7:18-CV-00121 |
| Panther II Transportation, Inc., et al.,<br>    *Defendant(s)*. | § § § § | |

## JOINT AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

NOW COME, Christian Roxburgh, Plaintiff and Panther II Transportation, Inc., Christine R. Harris and Alvin Blackmon, Defendants in the above entitled and numbered cause, file this their Joint Agreed Stipulation of Dismissal of the entire causes against Defendants Panther II Transportation, Inc., Christine R. Harris and Alvin Blackmon pursuant to Federal Rules of Civil Procedure 41(a)(1).

Attached hereto are the signatures of all parties who have appeared in the action in compliance with Federal Rules of Civil Procedure 41(a)(1)(ii).

WHEREFORE, pursuant to Rule 41(a)(1), Defendants Panther II Transportation, Inc., Christine R. Harris and Alvin Blackmon are dismissed with prejudice from the

above referenced cause, without Order of the Court, with costs of suit taxed against the parties incurring same.

Respectfully submitted,

**Cowen | Rodriguez | Peacock**
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
(210) 941-1301
Michael@cowenlaw.com


BY: _/s/ Michael Cowen_
MICHAEL COWEN
Federal ID No. 0685756
State Bar No. 00795306
**ATTORNEYS FOR PLAINTIFF**

**THORNTON, BIECHLIN,
REYNOLDS & GUERRA, L.C.**
418 East Dove Avenue
McAllen, Texas 78504
Tel (956) 630-3080
Fax (956) 630-0189
rguerra@thorntonfirm.com

BY: _/s/ Robert L. Guerra_
ROBERT L. GUERRA
Federal ID No. 3781
State Bar No. 08578560
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

A conference was held with the Plaintiff's counsel concerning the foregoing Stipulation with the following:

|   |   |
|---|---|
| _____ | No agreement was reached; therefore, this matter is presented to the Court for its determination. |
| __X__ | An agreement was reached. An agreed order reflecting the agreement is to be presented for the Court's review and signature. |
| _____ | A partial agreement has been reached but certain matters remain which must be presented to the Court for its determination. |
| _____ | I attempted to contact Plaintiffs' counsel to discuss this matter, but was unable to reach Plaintiffs' counsel; therefore, this matter is presented to the Court for its determination. |
| _____ | A letter with a copy of this Motion was sent to the Plaintiffs' counsel requesting an agreed order to avoid a hearing on this Motion. |

/S/ Robert L. Guerra
ROBERT L. GUERRA

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of December, 2018, I have caused a true and correct copy of the foregoing instrument to be delivered to the following attorneys of record via facsimile and/or via electronic mail:

Mr. Rudy Rodriguez
Rudy Rodriguez Law Office
511 W University Dr., Edinburg, TX 78539
Hours: Open today · 8AM–5PM
Phone: (956) 380-1421
(956) 655-5455 cell
andrea@rrrodlaw.com
laura@rrrodlaw.com
anointed511@gmail.com

Mr. Michael Cowen
Cowen | Rodriguez | Peacock
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
(210) 941-1301
shawn@cmbtrial.com
ludivina@cmbtrial.com
**ATTORNEYS FOR PLAINTIFF**

                                                  */s/ Robert L. Guerra*
                                                  ROBERT L. GUERRA